UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| RAYMOND YU | Case No. 14-14563-RAM |
| Debtor. _____ / | |
| SONEET KAPILA, CHAPTER 7 TRUSTEE, | Adv. Pro. No. 14-01609-RAM |
| Plaintiff, | |
| v. | |
| RAYMOND YU, JOSEPHINE YU, PATRICIA TSIEN, and KEYSBIZ LLC, | |
| Defendant. _____ / | |

**PLAINTIFF'S INITIAL DISCLOSURE
OF WITNESSES AND DOCUMENTS**

Soneet R. Kapila, Chapter 7 Trustee (the "Trustee" or the "Plaintiff"), by and through undersigned counsel, pursuant to the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial, Fed. R. Civ. P. 26(a)(1), as made applicable by Fed. R. Bank. P. 7026, and Local Rule 7026-1, hereby submits his initial disclosure of the following witnesses and documents:

**WITNESS LIST**

Plaintiff states that the following witnesses may be called at trial in this matter:

1. Raymond Yu
   c/o Kevin Gleason, Esq.

2. Josephine N. Yu
   c/o Zach Shelomith, Esq.

3. Patricia Tsien
   c/o Zach Shelomith, Esq.

4. Corporate Representative of Keysbiz, LLC
   c/o Zach Shelomith, Esq.

5. Corporate Representative of WR Systems, Ltd.
   c/o Rachel Nanes, Esq.
   DLA Piper
   200 South Biscayne Blvd., Suite 2500
   Miami, FL 33131

6. Richard M Behr, Esq.
   93351 Overseas Hwy # 3
   Tavernier, FL 33070
   (Solely to the Extent the Debtor Waives or is Deemed to have Waived the Attorney-Client Privilege with respect to Mr. Behr)

7. Any and all witnesses to be used for rebuttal and impeachment purposes.

8. All witnesses and experts on the Defendant's witness list to the extent not objected to by the Plaintiff.

Plaintiff reserves the right to amend this list at any time upon discovery of additional witnesses or a determination that such above listed witnesses are not necessary.  Plaintiff further states that witness 1-4 listed above are parties to this action, and the subject matter of their testimony shall be the allegations of the Amended Complaint.  The subject matter of WR Systems, LTD's testimony shall be its compliance with the Keysbiz Diversion Letter (as defined in the Amended Complaint) and the timing and amount of its payments thereunder.

**LIST OF DOCUMENTS**

Plaintiff intends to introduce the following documents at trial on these matters:

1. All correspondence and other communications exchanged between and/or among the parties herein.

2. All correspondence and communications between the parties herein and the Debtor.

3. All correspondence and communications between the parties herein and any third party relating to the allegations contained in the Complaint.

4. All documents produced or to be produced in this matter by the witnesses listed above, and/or any third party.

5. All witness statements and/or sworn statements by any party or non-party which pertains to the allegations contained in the Complaint.

6. All documents filed in the Main Bankruptcy Case, In re: Raymond Yu (Case No. 14-14563-BKC-RAM).

7. All hearing transcripts in the Main Bankruptcy Case, In re: Raymond Yu (Case No. 14-14563-BKC-RAM).

8. All exhibits to depositions in the Main Bankruptcy Case, In re: Raymond Yu (Case No. 14-14563-BKC-RAM).

9. All documents filed in the adversary proceeding captioned *Kapila v. Yu, et al.*, Adv. No. 14-01609-RAM.

10. All hearing transcripts in the adversary proceeding captioned *Kapila v. Yu, et al.*, Adv. No. 14-01609-RAM.

11. All exhibits to depositions in the adversary proceeding captioned *Kapila v. Yu, et al.*, Adv. No. 14-01609-RAM.

12. All documents filed in the adversary proceeding captioned *Kapila v. ARCC of the Keys, LLC* Adv. No. 14-01581-RAM.

13. All hearing transcripts in the adversary proceeding captioned *Kapila v. ARCC of the Keys, LLC* Adv. No. 14-01581-RAM.

14. All exhibits to depositions in the adversary proceeding captioned *Kapila v. ARCC of the Keys, LLC* Adv. No. 14-01581-RAM.

15. All documents produced by the Defendant to the extent not objected to by the Plaintiff.

16. All documents produced by Plaintiff to the Defendant.

17. Any and all documents utilized by the Defendant in the trial of this adversary proceeding.

18. Any and all documents to be used for rebuttal and impeachment purposes.

Plaintiff reserves the right to amend or supplement this list of documents at any time prior to trial upon the discovery of additional relevant documents.

## COMPUTATION OF DAMAGES

Plaintiff states that its initial computation of damages is as follows:

**COUNT I** - $315,000.00 (*see* Amended Complaint at ¶ 19)

**COUNT II** - $315,000.00 (*see* Amended Complaint at ¶ 19)

**COUNT III** - $315,000.00 (*see* Amended Complaint at ¶ 19)

**COUNT IV** - $315,000.00 (*see* Amended Complaint at ¶ 19)

**COUNT V** - $80,057.90 (*see* Amended Complaint at ¶ 72)

**COUNT VI** - $80,057.90 (*see* Amended Complaint at ¶ 75

**COUNT VII** - $80,057.90 (*see* Amended Complaint at ¶¶ 78-80)

**COUNT VIII** – No Money Damages Sought (Trustee seeks denial of discharge)

**COUNT IX** – No Money Damages Sought (Trustee seeks denial of discharge)

**COUNT X** – No Money Damages Sought (Trustee seeks disallowance of claimed exemptions)

The foregoing calculations do not include fees, costs or interest to which the Trustee may be entitled. Additionally, the calculations for Counts I through IV account for credits to which

the Debtor may be entitled based upon distributions to him by Keysbiz, LLC (the Trustee does not concede that the Debtor is entitled to any such credits).

## INSURANCE

The Trustee is not aware of any facts or documents which must be disclosed pursuant to Fed. R. Civ. P. 26(a)(1)(iv).

Dated this 3rd day of August, 2015.

> GENOVESE JOBLOVE & BATTISTA, P.A.
> *Counsel for Plaintiff*
> Miami Tower
> 100 SE Second Street, 44th Floor
> Miami, FL 33131
> Tel.: (305) 349-2300
> Fax.: (305) 349-2310
>
>
> By: /s/ Michael Schuster
>    Michael Schuster, Esq.
>    Florida Bar No. 57119
>    Email: mschuster@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF to all parties on the attached service list as indicated on this 3rd day of August, 2015.

> /s/ Michael Schuster
> Michael Schuster

## SERVICE LIST

**VIA CM/ECF**

Kevin C Gleason, Esq on behalf of Defendant Raymond Yu
kgpaecmf@aol.com

Michael L Schuster on behalf of Plaintiff Soneet R. Kapila
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com

Zach B Shelomith on behalf of Defendant Keysbiz LLC
zshelomith@lslawfirm.net,
jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;dverde@lslawfirm.net

Zach B Shelomith on behalf of Defendant Josephine Yu
zshelomith@lslawfirm.net,
jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;dverde@lslawfirm.net

Zach B Shelomith on behalf of Defendant Patricia Tsien
zshelomith@lslawfirm.net,
jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;dverde@lslawfirm.net