

**ORDERED in the Southern District of Florida on August 19, 2015.**

                                                                              /s/ Robert A. Mark

                                                                              **Robert A. Mark, Judge**
                                                                              **United States Bankruptcy Court**

_____

```
                 UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA

_____
                                   )
In re                              )    CASE NO.   14-14563-RAM
                                   )    CHAPTER    7
RAYMOND YU,                        )
                                   )
          Debtor.                  )
_____)
                                   )
SONEET KAPILA, Chapter 7           )
Trustee,                           )
                                   )
          Plaintiff,               )
                                   )
vs.                                )    ADV. NO. 14-01609-RAM
                                   )
RAYMOND YU and JOSEPHINE YU,       )
et al.,                            )
                                   )
          Defendants.              )
_____)

              ORDER GRANTING IN PART
         AND DENYING IN PART DEFENDANT
    RAYMOND YU'S MOTION FOR PARTIAL SUMMARY JUDGMENT
```

The Court conducted a hearing on August 18, 2015, on the Motion for Partial Summary Judgment As to Counts VIII, IX and X of the Amended Complaint (the "Summary Judgment Motion") [DE# 36], filed by Defendant, Raymond Yu.  The Court has considered the record, including the Summary Judgment Motion, Plaintiff's Response [DE# 39], and Raymond Yu's Reply [DE# 47], considered the arguments of counsel presented at the hearing, and reviewed applicable law.  For the reasons stated on the record at the conclusion of the hearing, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. The Summary Judgment Motion is granted in part and denied in part as set forth below.

2. Summary Judgment is granted in favor of the Defendant, Raymond Yu, on Count X of the Amended Complaint [DE# 30] and the Plaintiff's objection to exemptions asserted in Count X is overruled.

3. The partial summary judgment sought in the Summary Judgment Motion as to paragraph 86 of Count VIII of the Amended Complaint and paragraph 95 of Count IX of the Amended Complaint is denied.

4. Pursuant to Fed.R.Civ.P. 54(b), applicable here pursuant to Fed.R.Bankr.P. 7054, the Court finds that there is no just reason for delay and the summary judgment granted in this Order as to Count X of the Amended Complaint is a final judgment subject to appeal.

###

COPIES FURNISHED TO:

Michael L. Schuster, Esq.
Kevin C. Gleason, Esq.
Zach B. Shelomith, Esq.